UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 08-851(FLW) |
| : | |
| v. : | |
| : | ORDER |
| ROBERT STOCKTON : | |

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this __7TH__ day of __OCTOBER__, 2009,

ORDERED that __ANDREA BERGMAN__ from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until further order of the Court.

_____
DOUGLAS E. ARPERT, U.S.M.J.
United States Magistrate Judge